In the Matter of the Intermediate Accounting of HETTY GOLD-
MAN et al., as Executors of JULIUS GOLDMAN, Deceased,
Respondents.

UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under
the Will of JULIUS GOLDMAN, Deceased, Appellant; SIDNEY
C. KOFF, for Himself as a Stockholder and All Other Stock-
holders of the AMERICAN METAL COMPANY, LIMITED, in Like
Situation, Respondent.

Argued October 22, 1945; decided November 29, 1945.

610

*Williamson Pell, Jr.,* and *William A. W. Stewart* for appellant.

*Felix A. Fishman, Henry L. Moses, Henry B. Singer* and *Arthur Levy* for Hetty Goldman and others, as executors of Julius Goldman, deceased, respondents.

Order affirmed, with costs payable out of the estate to all parties appearing separately and filing briefs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND. THACHER and DYE, JJ. Taking no part: MEDALIE, J.